

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Sam Mugraby

        Plaintiff(s)

Civil Action No. 1:19-cv-153

**AFFIDAVIT OF SERVICE**

v.

Reflections Yoga, LLC

        Defendant(s)

------------------------------------------------/

STATE OF NEW YORK   )
                S.S.
COUNTY OF NEW YORK)

        **HECTOR FIGUEROA**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 17th day of January, 2019, at approximately 2:48pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT AND JURY DEMAND** upon **REFLECTIONS YOGA, LLC** at 227 E. 24th Street, New York, NY 10010 by personally delivering and leaving the same with **TINIKA GREEN**, who informed deponent that she holds the position of General Manager with that company and is authorized by appointment to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



TINIKA GREEN is a black female, approximately 35 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 250 pounds with black hair and brown eyes wearing glasses.

_____
HECTOR FIGUEROA, #0870141

Sworn to before me this
23rd day of January, 2019

_____
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2020

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com